UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEEMA RAMCHANDANI,

Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

CASE NO. 2:26-cv-01678-JNW

SCHEDULING ORDER

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following schedule:

| EVENT | DATE |
|---|---|
| Deadline to file discovery motions | September 18, 2026 |
| Deadline for joining additional parties | October 23, 2026 |
| Deadline for administrative record to be filed with the Court; the administrative record shall be filed under seal | January 8, 2027 |
| Deadline for opening briefs for Rule 52 motions | January 29, 2027 |

| EVENT | DATE |
|---|---|
| Deadline for response briefs for Rule 52 motions | February 19, 2027 |

As it appears that this case may be resolved through dispositive motions, the Court will not set a trial date at this time. The Court permits the parties to forgo reply briefs in exchange for an enlarged word limit of 10,000 for the opening and response briefs. Local Civil Rule 7(k).

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General

Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

**SETTLEMENT**

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 4th day of August, 2026.

Jamal N. Whitehead
United States District Judge