HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

SEEMA RAMCHANDANI,

Plaintiff,

vs.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendants.

**Case 2:26-cv-01678-JNW**

**ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE SCHEDULED DATES**

The Court having reviewed the parties' Joint Stipulated Motion in this matter and good cause being found for the request, the Court hereby GRANTS the stipulated motion. The discovery motion deadline in the Court's August 4, 2026, Order Setting Trial Date and Related dates shall be continued from September 18, 2026 to October 18, 2026.

IT IS SO ORDERED.

Hon. Jamal N. Whitehead
United States District Judge

Dated this 21st day of August, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2026 I served the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION via the method(s) below upon the following parties:

**Sarah Swale**
**JENSEN MORSE BAKER PLLC**
**520 Pike Street**
**Suite 2375 Seattle, WA 98101 98104-4041**
**Telephone: (206) 682-1626**
**Email: sarah.swale@jbmlawyers.com**
***Attorneys for Defendant***
***The Hartford Life and Accident Insurance Company***

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 20th day of August, 2026 at Seattle, Washington.

MONAHAN TUCKER LAW P.C.

By: */s/ Carolyn Spencer*
Carolyn Spencer, Paralegal
cspencer@mtlawpc.com